# UNITED STATES BANKRUPTCY COURT
## *District of Idaho*

In Re:

Joyce Elaine Soran
3700 N. Maywood Drive
Boise, ID 83704

Social Security No.: xxx–xx–5954
Employer's Tax I.D. No.:

Social Security No.:
Employer's Tax I.D. No.:

Debtor(s)

_____

Case No.: 20–01033–NGH
Chapter: 13

**NOTICE OF CONVERSION**

## *NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

NOTICE is hereby given that a bankruptcy case concerning the debtor(s) listed above was previously filed under Chapter 7 and was converted to a case under Chapter 13 on 8/4/21 .

Subsequent to this Notice, you will receive a Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines.

Dated: 8/4/21

Stephen W Kenyon
Clerk of the Bankruptcy Court